

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2018

No. 04-17-00799-CR

Derri Raye **LUKASIK,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9695
Honorable Melisa Skinner, Judge Presiding

# O R D E R

After this court granted two prior extensions, appellant's brief was due June 18, 2018. On the due date, appellant filed a third motion for extension of time, asking for an additional four days in which to file the brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file the brief in this court **on or before June 22, 2018.**

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court